United States District Court
Southern District of Texas
**ENTERED**
February 14, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jane Doe (JW),

*Plaintiff,*

-v-

Hilton Worldwide Holdings, Inc. d/b/a
Doubletree by Hilton

*Defendant.*

Civil Case Number: 4:19-cv-5018

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 12, 2020 Stipulation of Dismissal, all claims asserted against Defendant Hilton Worldwide Holdings Inc. in Civil Action No. 4:19-cv-5018, are dismissed without prejudice;

THAT the claims against all other parties will proceed; and

THAT the parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS _13th_ day of _February_, 2020.

_____
CHIEF JUDGE LEE H. ROSENTHAL