United States District Court
Southern District of Texas
**ENTERED**
April 21, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JANE DOE (JW),<br><br>    Plaintiff<br><br>v.<br><br>HILTON FRANCHISE HOLDING LLC<br><br>    Defendant. | Civil Action No. 4:19-cv-5018<br><br>Honorable Lee H. Rosenthal |

## ORDER DISMISSING CAUSE OF ACTION

On ___April 21, 2020___, the Court considered the Agreed Motion to Dismiss filed by the Plaintiff, Jane Doe (JW). After due consideration of the Motion, the grounds therefore, and the agreement of Defendant, Hilton Franchise Holding LLC, the Court finds the motion should be **GRANTED**. It is therefore

    ORDERED that Civil Action No. 4:19-cv-5018 is **DISMISSED**, **Without Prejudice**.

Signed on: ___April 21___, 2020.

_____
Honorable Lee H. Rosenthal

APPROVED BY:

FIBICH LEEBRON
COPELAND BRIGGS

By:   /s/ Kenneth T. Fibich
Kenneth T. Fibich
State Bar No. 06952600
S.D. Tex. No. 5482
tfibich@fibichlaw.com
1150 Bissonnet
Houston, Texas 77005
Telephone: (713) 751-0025
Facsimile:  (713) 751-0030

**Attorneys for Jane Doe (JW)**

JONES DAY

By:   /s/ Nicole M. Perry
Nicole M. Perry
Texas State Bar No. 24056367
S.D. Tex. No. 725420
717 Texas Street Suite 3300
Houston, TX 77002.2712
Telephone: +1.832.239.3939
Facsimile: +1.832.239.3600
Email: nmperry@jonesday.com

**Attorneys for Hilton Franchise Holding LLC**